## GREGORY A. WYMAN *v.* COMMISSIONER OF CORRECTION

The petitioner Gregory A. Wyman's petition for certification for appeal from the Appellate Court, 86 Conn. App. 98 (AC 24516), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, filed a response.

Decided July 19, 2005

## ROBERT M. GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner Robert M. Grant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 814 (AC 23870), is denied.

*Robert M. Grant*, pro se, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.